UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. **1:05CR00096** |
| | : | |
| v. | : | **INFORMATION** |
| | : | |
| | : | 29 U.S.C. § 439(b) |
| RUSSELL J. LIMING | : | |

------------------

**The United States Attorney Charges That:**

## COUNT 1

At all times material to this Information, Local 183 of the Sheet Metal Workers was, and is, a labor organization in an industry affecting commerce within the meaning of Title 29 United States Code Sections 402(i) and 402(j), and defendant, **RUSSELL J. LIMING**, was, and is, the Business Manager/Financial Secretary of Local 183.

On or about March 19, 2003, in the Southern District of Ohio, defendant, **RUSSELL J. LIMING**, did make and cause to be made a false statement and representation of material fact knowing it to be false in a report and document required to be filed by Local 183 of the Sheet Metal Workers with the Secretary of Labor pursuant to Section 431 of Title 29, that is, the annual financial report form LM2.

In violation of 29 U.S.C. § 439(b).

GREGORY G. LOCKHART
United States Attorney

RALPH W. KOHNEN
Deputy Criminal Chief